IN THE UNITED STATES COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| T.F. b/n/f LEAH F. & TED F., § <br> and LEAH F. & TED F., *individually*, § <br>     *Plaintiffs*, § <br> vs. § <br> § <br> GREENWOOD INDEPENDENT § <br> SCHOOL DISTRICT and EDWARD § <br> ARIEL ELLIOTT, *individually* § <br>     *Defendants*. § | Civil Action No. 7:20-cv-215-AA |

## SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, T.F., by and through his next friends and natural parents, Leah F. & Ted F. and Leah F. & Ted F, *individually* and Defendants Greenwood Independent School District's and Edward Ariel Elliott file this *Joint Proposed Scheduling Order* and submit the following deadlines for consideration by this Honorable Court:

1. A report on alternative dispute resolution in compliance with Rule CV-88 shall be filed by January 27, 2021.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by March 1, 2021, and each opposing party shall respond, in writing, by April 1, 2021.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by N/A.

4. All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by <u>July 14, 2021</u>. Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by <u>August 14, 2021</u>. All designations of rebuttal experts shall be filed within 14 days of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, not later than <u>15</u> days of receipt of the written report of the expert's proposed testimony, or not later than days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before <u>October 13, 2021</u>. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions as defined in Rule CV-7(c) shall be filed no later than <u>November 10, 2021</u>.

8. This case is set for trial [docket call, or jury selection] on <u>February 28, 2022</u>.

Signed on:    January 20, 2021

_____
THE HONORABLE ALAN D. ALBRIGHT